THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN COLLINS,

# 878 CASES REPORTED WITH BRIEF SYLLABI.

Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.